Sidney MABINE, Plaintiff–Appellant,

v.

Lawrence AMBROGI, Commonwealth's Attorney;  Luke Boyd, Public Defender, Defendants–Appellees.

No. 02–7858.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 6, 2003.

Decided Feb. 13, 2003.

Sidney Mabine, Appellant Pro Se.

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Sidney Mabine appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint.  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  *See Mabine v. Ambrogi*, No. CA–02–1061 (W.D.Va. Oct. 28, 2002).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*